UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH PEACE,

      Plaintiff,

    v.

DENTON-SCHNEIDER,

      Defendant.

Case No.  2:26-cv-1546-JDP (P)

ORDER

Plaintiff filed this section 1983 action on April 15, 2026.  ECF No. 1.  He has failed, however, to submit either the filing fee or a properly completed application to proceed *in forma pauperis*.  This action cannot proceed until the matter of the filing fee is settled.

1

Accordingly, it is ORDERED that:

1. Within twenty-one days, plaintiff must submit either the filing fee of four-hundred and five dollars or a completed application to proceed *in forma pauperis*.

2. The Clerk of Court shall send plaintiff an *in forma pauperis* form with this order.

IT IS SO ORDERED.


Dated:    May 4, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2